UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.  2:22-cr-11 |
| v. | ) | |
| | ) | |
| JONATHAN ALVIN POPE | ) | |

### ORDER

Presently pending before the Court is the Government's Motion to Withdraw its Notice of Enhanced Punishment Pursuant to Title 21, United States Code, Section 851 as to Defendant Jonathan Alvin Pope.

After careful consideration, this Court finds that this request has been made in the interest of justice. Therefore, the Notice of Enhanced Punishment contained in the Indictment (Doc. 3) is dismissed as to the above-named Defendant.

THEREFORE, IT IS ORDERED that the Government's Motion is GRANTED.

SO ORDERED, this __26__ day of July 2023.

_____

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA